FILED

2005 MAR 21  P 4: 29

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CIVIL
DISTRICT COURT

NO. 2002-19657                    DIVISION "N"                    SECTION: "8"

WARREN LESTER, ET AL

VERSUS

EXXON MOBIL CORPORATION, ET AL

FILED: _____        _____
                                              DEPUTY CLERK

## PLAINTIFFS' THIRD AMENDING AND SUPPLEMENTAL PETITION

NOW INTO COURT, through undersigned counsel, come Plaintiffs, for the purpose of amending previous petitions to re-name as Plaintiffs three individuals who were named in the original petition but subsequently dismissed on Defendants' exception of lis pendens; to supplement the previous petitions with an additional forty-two plaintiffs; and to correct the spelling of two plaintiffs' names who were included in the original petition for damages:

1.

Plaintiffs hereby re-name as Plaintiffs the following three individuals: Wardell Brignac, John Gros III, and Alan Williams, Sr.

2.

Plaintiffs supplement their previous petitions to add the following forty-two plaintiffs:

| | |
|---|---|
| Macey R. Aucoin | Clarence Hall, Jr. |
| Sterling J. Aucoin III | Roy Jacks |
| James Joseph Autin, Jr. | James Jackson |
| Armand F. Bellanger, Sr. | Robert Johnson |
| Jessica Billiot | Christopher J. Johnson |
| Darryl Blanchard | Isaiah J. Kellup, Jr. |
| Walter T. Bonnie, Jr. | Lawrence B. Knight |
| Cornelius Bottley | Herman LeBlanc, Sr. |
| Leroy J. Bottley | Herman LeBlanc, Jr. |



EXHIBIT
B

| | |
|---|---|
| Berkline Boudreaux, Sr. | Stella C. Lirette |
| George Burse | Deyond Lloyd |
| Bruce Campbell | Mose Lloyd |
| Danielle R. Champine | Tony L. Louviere |
| Byron Davis | Robert McCall |
| Wade J. Duplantis | Stephen C. Niehaus |
| Sherman Farr, Sr. | Garland R. Oldham |
| Sherman R. Farr, Jr. | Gary I. Price |
| Alfous G. Ferrier, Jr. | Joseph G. Solet, Jr. |
| John E. Fleming | Michael J. Thomas |
| Dennis A. Foret | Rosalie Williams |
| Michael E. Grygo | Stephen Yancey |

3.

Plaintiffs also correct the spelling of two Plaintiffs' names who were included in the original petition for damages. Henry Mang inadvertently was listed as "Henry Mong," and John Cade was inadvertently listed as "John Kade."

4.

All facts and causes of action previously alleged against Defendants in Plaintiffs' Petition for Damages (attached as Exhibit A) and the first Amending and Supplemental Petition (attached as Exhibit B) are incorporated herein by reference.

Respectfully submitted,

Timothy J. Falcon, No.16909
Heather S. Bruser, No. 26825
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, LA  70072
(504) 341-1234

Frank M. Buck, Jr., No.16836
757 St. Charles Avenue, Suite 200

-2-

New Orleans, LA. 70131
(504) 522-2825

**PLEASE WITHHOLD SERVICE AT THIS TIME:**

Intracoastal Tubular Services, Inc.,
through its counsel of record:
Mr. Thomas E. Balhoff, Esq.
ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF & MCCOLLISTER
8440 Jefferson Highway, Suite 301
Baton Rouge, LA 70809-7652

Sphere Drake Insurance, Ltd.,
through its counsel of record:
Mr. Jay Lonero, Esq.
LARZELERE, PICOU, WELLS, SIMPSON, LORENO, LLC
3850 North Causeway Blvd.
Two Lakeway Center, Suite 1100
Metairie, LA 70002

Rathborne Properties, LLC,
Rathborne Land Company, LLC,
and Rathborne Companies, LLC,
through their counsel of record:
Mr. Jacques F. Bezou, Esq.
THE BEZOU LAW FIRM
534 East Boston Street
Covington, LA 70433

Joseph Grefer, Camille Grefer,
Rose Marie Grefer, and Henry Grefer,
through their counsel of record:
Mr. Peter Freiberg, Esq.
JONES, VERRAS & FREIBERG
601 Poydras Street, Suite 2655
New Orleans, LA 70130

Conoco-Phillips, Inc.,
through its counsel of record:
Ms. Patricia Krebs, Esq.
KING, LEBLANC & BLAND, LLP
201 St. Charles Ave., Suite 3800
New Orleans, LA 70170

Sexton Oil & Minerals Corporation,
through its counsel of record:
Mr. William G. Davis, Esq.
MILLING, BENSON, WOODWARD, LLP
214 Third Street, Suite 2B
Baton Rouge, LA 70801

Exxon Mobil Corporation,
through its counsel of record:
Mr. Glen M. Pilie, Esq.
ADAMS & REESE
One Shell Square
701 Poydras, Suite 4500
New Orleans, LA 70139

Superior Oil Co.,
through its counsel of record:
Mr. Glen M. Pilie, Esq.
ADAMS & REESE
One Shell Square
701 Poydras, Suite 4500
New Orleans, LA 70139

Chevron USA, Inc. and Texaco, Inc.,
through their counsel of record:
Mr. Patrick A. Talley, Jr., Esq.
FRILOT, PARTRIDGE, KOHNKE & CLEMENTS
1100 Poydras Street, Suite 3600
New Orleans, LA 70163-3600

Certain Underwriters at Lloyd's London and
Certain London Market Insurance Companies,
through their counsel of record:
Mr. Richard N. Dichary
PHELPS, DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70170-4000

OFS, Inc.,
through its counsel of record:
Mr. R. A. Osborn, Jr., Esq.
P. O. Box 0099
Gretna, LA 70054-0099

Exchange Oil & Gas Corporation,
through its counsel of record:
Mr. Richard S. Pabst, Esq.
KEAN, MILLER
LL&E Tower, Suite 1450
909 Poydras Street
New Orleans, LA 70112

Marathan Oil Co.,
through its counsel of record:
Mr. Richard S. Pabst, Esq.
KEAN, MILLER
LL&E Tower, Suite 1450
909 Poydras Street
New Orleans, LA 70112

-4-

IMC Global, Inc.,
through its counsel of record:
Mr. Richard S. Pabst, Esq.
KEAN, MILLER
LL&E Tower, Suite 1450
909 Poydras Street
New Orleans, LA 70112

Union Oil Company of California,
through its counsel of record:
Mr. Richard S. Pabst, Esq.
KEAN, MILLER
LL&E Tower, Suite 1450
909 Poydras Street
New Orleans, LA 70112

BP America Production Co., f/k/a
Amoco Production Company,
through its counsel of record:
Mr. Michael W. Mallory, Esq.
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square
701 Poydras Street, Suite 4700
New Orleans, LA 70139-7708

Atlantic Richfield Company,
through its counsel of record:
Mr. Michael W. Mallory, Esq.
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square
701 Poydras Street, Suite 4700
New Orleans, LA 70139-7708

Rosewood Resources, Inc.,
through its counsel of record:
Jamie S. Manuel, Esq.
GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLP.
201 St. Charles Ave., Suite 4000
New Orleans, LA 70170-4000

Dynamic Exploration, Inc.,
through its counsel of record:
Jamie S. Manuel, Esq.
GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLP.
201 St. Charles Ave., Suite 4000
New Orleans, LA 70170-4000

Shell Offshore, Inc., and Shell Oil Company,
through their counsel of record,
Ms. Charlotte G. Bordenave, Esq.
BORDENAVE, BOYKIN & EHRET
400 Poydras Street, Suite 2450
New Orleans, LA 70170-4000