# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN LESTER, ET AL., | * | CIVIL ACTION |
| Plaintiffs, | * | NO. 2:14-CV-1824 |
| versus | * | SECTION: "L(2)" |
| EXXON MOBIL CORPORATION, ET AL. | * | JUDGE: ELDON E. FALLON |
| Defendants | * | MAJ. JUDGE: JOSEPH C. WILKINSON, JR. |

## ORDER OF DISMISSAL

On November 26, 2014, the Court stayed and administratively closed these proceedings, pending the Fifth Circuit's ruling on the question of jurisdiction. (Rec. Doc. 73). Nonetheless, Plaintiffs, Alden Lombard, Jr., Amber Ovide, Alden Lombard, III and Holden Lombard, and Defendants, Exxon Mobil Corporation (Exxon) and Intracoastal Tubular Services, Inc. (ITCO), filed a Joint Motion for Dismissal with Prejudice requesting that Plaintiffs' claims against Exxon and ITCO be dismissed with prejudice in light of settlement. (Rec. Doc. 297 ). Because the parties have established good cause that this motion be resolved now, accordingly,

IT IS ORDERED that the STAY BE LIFTED for limited purpose of resolving the instant motion;

IT IS FURTHER ORDERED that these proceedings otherwise remain STAYED AND ADMINISTRATIVELY CLOSED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the same be and is hereby GRANTED, and that all claims of Plaintiff, Alden Lombard, Jr., Amber Ovide, Alden

Lombard, III and Holden Lombard, against Defendants, Exxon Mobil Corporation and Intracoastal Tubular Services, Inc., are hereby DISMISSED WITH PREJUDICE, each party to bear their own costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs' rights to proceed against all remaining parties not named herein are reserved.

**IT IS ADDITIONALLY ORDERED, ADJUDGED AND DECREED** that this Court retains jurisdiction over any disputes involving the validity, interpretation, performance, breach or enforcement of the Receipt, Release and Indemnification Agreement entered into between Plaintiffs and Defendants.

New Orleans, Louisiana, this 12th day of April, 2017.

_____
United States District Court Judge