UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN LESTER, ET AL.<br>　　　Plaintiffs, | * <br> * <br> * | CIVIL ACTION NO. 2:14-CV-1824<br>　　　C/W 2:14-CV-1840 |
| VERSUS | * <br> * <br> * | SECTION: "L" (2)<br>JUDGE ELDON E. FALLON |
| EXXON MOBIL CORP., ET AL.<br>　　　Defendants | * <br> * <br> * <br> * | DIVISION "2"<br>MAG. JUDGE<br>　　　JOSEPH C. WILKINSON, JR. |
| *This pleading applies to case 2:14-cv-1824* | * | |

* * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Before the Court is the Motion for Summary Judgment of Defendant Varco, L.P. (formerly known as Tuboscope Vetco International, Tuboscope, Inc. and AMF Tuboscope, Inc.) (hereinafter "Varco") seeking dismissal of the claims of the claims of 59 Tuboscope Employee Plaintiffs. (R. Doc. 535) The basis for Varco's motion is that these 59 Tuboscope Employee Plaintiffs' claims are subject to the workers' compensation exclusive remedy bar pursuant to the Louisiana Workers' Compensation Act because their claims arise out of alleged NORM exposure occurring in the course and scope of their employment with Varco. The 59 Tuboscope Employee Plaintiffs do not contest the motion, and the parties have submitted this consent order to the Court.

Considering the foregoing motion, it is hereby **ORDERED** that any and all claims and causes of action of all 59 Tuboscope Employee Plaintiffs, as identified in R. Doc. 535, which arise out of their exposure to radioactive substances in the course and scope of their employment

1

while these Plaintiffs were employed by Tuboscope Vetco International, Inc., f/k/a Tuboscope, Inc., f/k/a AMF Tuboscope, Inc., for whom Varco is the successor-in-interest, are hereby **dismissed with prejudice**, each party to bear its own cost.

NEW ORLEANS, Louisiana, this __8th__ day of _____March_____, 2019.

_____
HON. ELDON E. FALLON
U.S. DISTRICT JUDGE